IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WELLS FARGO BANK, N.A.,

    Plaintiff,

vs.

JOSEPH R. MAYS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNITED STATES OF AMERICA, UNKNOWN HEIRS AND LEGATEES of Joseph R. Mays, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

    Defendants.

Case No. 11-cv-85-JPG

## MEMORANDUM AND ORDER

This cause comes before the Court on plaintiff's motion to dismiss defendants United States of America and Secretary of Housing and Urban Development pursuant to settlement and for remand to state court (Doc. 18), and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiff's motion (Doc. 18) is **GRANTED**, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the United States of America and the Secretary of Housing and Urban Development are **DISMISSED without prejudice**.

2. Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of entry of judgment as to the claim between the plaintiff and defendants United States of America and the Secretary of Housing and Urban Development. The Clerk of the Court is **DIRECTED** to enter a 54(b) judgment accordingly.

3. The remainder of this case is **REMANDED** to the Circuit Court of the Second Judicial Circuit, Richland County, Illinois, for all further proceedings.

**Date: August 1, 2012**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **UNITED STATES DISTRICT JUDGE**