IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WELLS FARGO BANK, N.A.,

      Plaintiff,

    vs.

JOSEPH R. MAYS, SECRETARY OF HOUSING
AND URBAN DEVELOPMENT, UNITED
STATES OF AMERICA, UNKNOWN HEIRS
AND LEGATEES of Joseph R. Mays, and
UNKNOWN OWNERS AND NON-RECORD
CLAIMANTS,

      Defendants.

Case No. 11-cv-85-JPG

## RULE 54(B) JUDGMENT

This matter having come before the Court, plaintiff Wells Fargo Bank, N.A. having voluntarily dismissed its claim against defendants United States of America and the Secretary of Housing and Urban Development, and the Court having found no just reason for delay in entry of judgment on the claim involving the United States of America and the Secretary of Housing and Urban Development,

IT IS HEREBY ORDERED AND ADJUDGED that the claim of plaintiff Wells Fargo Bank, N.A. against defendants United States of America and Secretary of Housing and Urban Development is dismissed without prejudice.

The remainder of this case is remanded to the Circuit Court of the Second Judicial Circuit, Richland County, Illinois, for all further proceedings.

DATED: <u>August 1, 2012</u>

NANCY J. ROSENSTENGEL,
**Clerk of Court**

By: <u>s/Brenda K. Lowe, Deputy Clerk</u>

Approved:     <u>s/ J. Phil Gilbert</u>
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**