IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH R. MAYS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNITED STATES OF AMERICA, UNKNOWN HEIRS AND LEGATEES of Joseph R. Mays, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, <br><br> Defendants. | Case No. 11-cv-85-JPG |

### RULE 54(B) JUDGMENT

This matter having come before the Court, plaintiff Wells Fargo Bank, N.A. having voluntarily dismissed its claim against defendants United States of America and the Secretary of Housing and Urban Development, and the Court having found no just reason for delay in entry of judgment on the claim involving the United States of America and the Secretary of Housing and Urban Development,

IT IS HEREBY ORDERED AND ADJUDGED that the claim of plaintiff Wells Fargo Bank, N.A. against defendants United States of America and Secretary of Housing and Urban Development is dismissed without prejudice.

The remainder of this case is remanded to the Circuit Court of the Second Judicial Circuit, Richland County, Illinois, for all further proceedings.

DATED: August 1, 2012

NANCY J. ROSENSTENGEL,
Clerk of Court

By: s/Brenda K. Lowe, Deputy Clerk

Approved:   s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**